UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.

PATRICKA R. FORDE,

    Plaintiff,

v.

NATIONAL ENTERPRISE SYSTEMS, INC.,

    Defendant.

_____/

**COMPLAINT**
**JURY DEMAND**

1. Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq*. ("FDCPA"), and the Telephone Consumer Protection Act, 47 U.S.C §227, *et seq*. ("TCPA").

**JURISDICTION AND VENUE**

2. This Court has jurisdiction under 28 U.S.C. §§1331, 1337, 1367 and 15 U.S.C. §1692k. Venue in this District is proper because Plaintiff resides here and Defendant placed telephone calls into this District.

**PARTIES**

3. Plaintiff, PATRICKA R. FORDE, is a natural person, and citizen of the State of Florida, residing in Broward County, Florida.

4.      Defendant, NATIONAL ENTERPRISE SYSTEMS, INC, is a professional corporation and citizen of the State of Ohio with its principal place of business at 29125 Solon Road, Solon, Ohio 44139.

5.      Defendant regularly uses the mail and telephone in a business the principal purpose of which is the collection of debts.

6.      Defendant regularly collects or attempts to collect debts for other parties.

7.      Defendant is a "debt collector" as defined in the FDCPA.

8.      Defendant was acting as a debt collector with respect to the collection of Plaintiff's alleged debt.

## FACTUAL ALLEGATIONS

9.      Defendant sought to collect from Plaintiff an alleged debt arising from transactions incurred for personal, family or household purposes.

10.     Defendant left the following message on Plaintiff's voice mail on her cellular telephone on or about the dates stated:

<u>May 24, 2010 at 10:02 AM</u>
Patricia Forde, please return the phone call to Latasha Harding at 1-800-243-0002. My extension is 1364.

<u>May 26, 2010 at 6:00 PM – Pre-Recorded Message</u>
You should not listen to this message so that other people can hear it as it contains personal and private information. There will now be a three second pause in this message to allow you to listen to this message in private. This is Bob from National Enterprise Systems, a debt collection company. This is an attempt to collect a debt, any information obtained will be used for that

2

purpose. Please contact me about an important business matter. Call 800-507-8401 at extension 2000. Again, you contact me at 800-507-8401 at extension 2000. Thank you.

July 23, 2010 at 11:14 AM – Pre-Recorded Message
7-603-7165 to remove your phone number. If you are not Patricia Forde, please hang up or delete this message now. By continuing to listen to this message, you are acknowledging you are Patricia Forde. You should not listen to this message so that other people can hear it as it contains personal and private information. There will now be a three second pause in this message to allow you to listen to this message in private. This is Vicky from National Enterprise Systems, a debt collection company. This is an attempt to collect a debt, any information obtained will be used for that purpose. Please contact me about an important business matter. Call 877-603-7161 at extension 1076. Again, you contact me at 877-603-7161 at extension 1076. Thank you.

July 27, 2010 at 3:30 PM – Pre-Recorded Message
Please hang up or delete this message now. By continuing to listen to this message, you are acknowledging you are Patricia Forde. You should not listen to this message so that other people can hear it as it contains personal and private information. There will now be three second pause in this message to allow you to listen to this message in private. This is Kolden from National Enterprise Systems, a debt collection company. This is an attempt to collect a debt. Any information obtained will be used for that purpose. Please contact me about an important business matter. Call 877-603-7161 at extension 1790. Again, you contact me at 877-603-7161 at extension 1790. Thank you.

July 28, 2010 at 2:09 PM – Pre-Recorded Message
1-877-603-7165 to remove your phone number. If you are not Patricia Forde, please hang up or delete this message now. By continuing to listen to this message, you are acknowledging you are Patricia Forde. You should not listen to this message so that other people can hear it as it contains personal and private information. There will now be three second pause in this message to allow you to listen to this message in private. This is Kimela from National Enterprise Systems, a debt collection company. This is an attempt to collect a debt. Any information obtained will be used for that purpose. Please contact me about an important business matter. Call 800-

507-8401 at extension 1364. Again, you contact me at 800-507-8401 at extension 1364. Thank you.

July 29, 2010 at 1:15 PM – Pre-Recorded Message
This message is for Patricia Forde. If we have reached the wrong number for this person, please call us back at 1-877-603-7165 to remove your phone number. If you are not Patricia Forde, please hang up or delete this message now. By continuing to listen to this message, you are acknowledging you are Patricia Forde. You should not listen to this message so that other people can hear it as it contains personal and private information. There will now be three second pause in this message to allow you to listen to this message in private. This is Evangeline from National Enterprise Systems, a debt collection company. This is an attempt to collect a debt. Any information obtained will be used for that purpose. Please contact me about an important business matter. Call 800-925-6141 at extension 1732. Again, you contact me at 800-925-6141 at extension 1732. Thank you.

July 30, 2010 at 12:37 PM – Pre-Recorded Message
5 to remove your phone number. If you are not Patricia Forde, please hang up or delete this message now. By continuing to listen to this message, you are acknowledging you are Patricia Forde. You should not listen to this message so that other people can hear it as it contains personal and private information. There will now be three second pause in this message to allow you to listen to this message in private. This is Golden from National Enterprise Systems, a debt collection company. This is an attempt to collect a debt. Any information obtained will be used for that purpose. Please contact me about an important business matter. Call 877-603-7161 at extension 1790. Again, you contact me at 877-603-7161 at extension 1790. Thank you.

July 31, 2010 at 11:43 AM – Pre-Recorded Message
165 to remove your phone number. If you are not Patricia Forde, please hang up or delete this message now. By continuing to listen to this message, you are acknowledging you are Patricia Forde. You should not listen to this message so that other people can hear it as it contains personal and private information. There will now be three second pause in this message to allow you to listen to this message in private. This is Brandon from National Enterprise Systems, a debt collection company. This is an attempt to collect a debt. Any information obtained will be used for that purpose. Please contact me about an important business matter. Call 800-882-9325 at

extension 1241. Again, you contact me at 800-882-9325 at extension 1241. Thank you.

August 2, 2010 at 5:25 PM – Pre-Recorded Message
This message is for Patricia Forde. If we have reached the wrong number for this person please call us back at 1-877-603-7165 to remove your phone number. If you are not Patricia Forde, please hang up or delete this message now. By continuing to listen to this message, you are acknowledging you are Patricia Forde. You should not listen to this message so that other people can hear it as it contains personal and private information. There will now be three second pause in this message to allow you to listen to this message in private. This is Ewin from National Enterprise Systems, a debt collection company. This is an attempt to collect a debt. Any information obtained will be used for that purpose. Please contact me about an important business matter. Call 800-507-8401 at extension 1896. Again, you contact me at 800-507-8401 at extension 1896. Thank you.

August 3, 2010 at 1:49 PM – Pre-Recorded Message
This message is for Patricia Forde. If we have reached the wrong number for this person please call us back at 1-877-603-7165 to remove your phone number. If you are not Patricia Forde, please hang up or delete this message now. By continuing to listen to this message, you are acknowledging you are Patricia Forde. You should not listen to this message so that other people can hear it as it contains personal and private information. There will now be a three second pause in this message to allow you to listen to this message in private. This is Evangeline from National Enterprise Systems, a debt collection company. This is an attempt to collect a debt. Any information obtained will be used for that purpose. Please contact me about an important business matter. Call 800-925-6141 at extension 1732. Again, you contact me at 800-925-6141 at extension 1732. Thank you.

August 6, 2010 at 11:43 AM – Pre-Recorded Message
If you are not Patricia Forde please hang up, or delete this message now. By continuing to listen to this message, you are acknowledging you are Patricia Forde. You should not listen to this message so that other people can hear it as it contains personal and private information. There will now be a three second pause in this message to allow you to listen to this message in private. This is Charlotte from National Enterprise Systems, a debt collection company. This is an attempt to collect a debt. Any information obtained will be used for that purpose. Please contact me about an important

business matter. Call 877-603-7161 at extension 1356. Again, you contact me at 877-603-7161 at extension 1356. Thank you.

August 12, 2010 at 3:59 PM – Pre-Recorded Message
This message is for Patricia Forde. If we have reached the wrong number for this person, please call us back at 1-877-603-7165 to remove your phone. If you are not Patricia Forde, please hang up or delete this message now. By continuing to listen to this message, you are acknowledging you are Patricia Forde. You should not listen to this message so that other people can hear it as it contains personal and private information. There will now be a three second pause in this message to allow you to listen to this message in private. This is Jessica Brown from National Enterprise Systems, a debt collection company. This is an attempt to collect a debt. Any information obtained will be used for that purpose. Please contact me about an important business matter. Call 800-925-6141 at extension 1601. Again, you contact me at 800-925-6141 at extension 1601. Thank you.

August 17, 2010 at 4:52 PM – Pre-Recorded Message
03-7165 to remove your phone number. If you are not Patricia Forde, please hang up, or delete this message now. By continuing to listen to this message, you are acknowledging you are Patricia Forde. You should not listen to this message so that other people can hear it as it contains personal and private information. There will now be a three second pause in this message to allow you to listen to this message in private. This is Joshua Jordan from National Enterprise Systems, a debt collection company. This is an attempt to collect a debt. Any information obtained will be used for that purpose. Please contact me about an important business matter. Call 800-507-8401 at extension 1168. Again, you contact me at 800-507-8401 at extension 1168. Thank you.

August 23, 2010 at 4:34 PM – Pre-Recorded Message
This mess. This message is for Patricia Forde. If we have reached the wrong number for this person, please call us back at 1-877-603-7165 to remove your phone number. If you are not Patricia Forde, please hang up or delete this message now. By continuing to listen to this message, you are acknowledging you are Patricia Forde. You should not listen to this message so that other people can hear it as it contains personal and private information. There will now be three second pause in this message to allow you to listen to this message in private. This is Cameron Cole from National Enterprise Systems, a debt collection company. This is an attempt to collect

a debt. Any information obtained will be used for that purpose. Please contact me about an important business matter. Call 800-507-8401 at extension 1221. Again, you contact me at 800-507-8401 at extension 1221. Thank you.

September 1, 2010 at 4:50 PM – Pre-Recorded Message
165 to remove your phone number. If you are not Patricia Forde, please hang up or delete this message now. By continuing to listen to this message, you are acknowledging you are Patricia Forde. You should not listen to this message so that other people can hear it as it contains personal and private information. There will now be three second pause in this message to allow you to listen to this message in private. This is Nicholas Maloy from National Enterprise Systems, a debt collection company. This is an attempt to collect a debt. Any information obtained will be used for that purpose. Please contact me about an important business matter. Call 877-603-7161 at extension 1096. Again, you contact me at 877-603-7161 at extension 1096. Thank you.

September 7, 2010 at 3:41 PM – Pre-Recorded Message
If you are not Patricia Forde, please hang up or delete this message now. By continuing to listen to this message, you are acknowledging you are Patricia Forde. You should not listen to this message so that other people can hear it as it contains personal and private information. There will now be three second pause in this message to allow you to listen to this message in private. This is Kim Sanders from National Enterprise Systems, a debt collection company. This is an attempt to collect a debt. Any information obtained will be used for that purpose. Please contact me about an important business matter. Call 877-603-7161 at extension 1356. Again, you contact me at 877-603-7161 at extension 1356. Thank you.

September 10, 2010 at 12:07 PM – Pre-Recorded Message
65 to remove your phone number. If you are not Patricia Forde, please hang up or delete this message now. By continuing to listen to this message, you are acknowledging you are Patricia Forde. You should not listen to this message so that other people can hear it as it contains personal and private information. There will now be three second pause in this message to allow you to listen to this message in private. This is Noelias from National Enterprise Systems, a debt collection company. This is an attempt to collect a debt. Any information obtained will be used for that purpose. Please contact me about an important business matter. Call 877-603-7161 at

extension 1080. Again, you contact me at 877-603-7161 at extension 1080. Thank you.

September 16, 2010 at 4:31 PM – Pre-Recorded Message
Forde, please hang up or delete this message now. By continuing to listen to this message, you are acknowledging you are Patricia Forde. You should not listen to this message so that other people can hear it as it contains personal and private information. There will now be three second pause in this message to allow you to listen to this message in private. This is Noelias from National Enterprise Systems, a debt collection company. This is an attempt to collect a debt. Any information obtained will be used for that purpose. Please contact me about an important business matter. Call 877-603-7161 at extension 1080. Again, you contact me at 877-603-7161 at extension 1080. Thank you.

11. Defendant left similar or identical messages on other occasions. (Collectively, "the telephone messages").

12. The messages are "communications" as defined by 15 U.S.C. §1692a(2). See *Berg v. Merchs. Ass'n Collection Div.*, Case No. 08-60660-Civ-Dimitrouleas/Rosenbaum, 2008 U.S. Dist. LEXIS 94023 (S.D. Fla. Oct. 31, 2008).

13. Defendant failed to inform Plaintiff in the messages that the communication was from a debt collector and failed to disclose the purpose of Defendant's messages and failed to disclose Defendant's name.

14. Defendant used an automatic telephone dialing system or a pre-recorded or artificial voice to place telephone calls to Plaintiff's cellular telephone.

15. None of Defendant's telephone calls placed to Plaintiff were for "emergency purposes" as specified in 47 U.S.C § 227 (b)(1)(A).

16. Defendant willfully or knowingly violated the TCPA.

## COUNT I
## FAILURE TO DISCLOSE STATUS AS DEBT COLLECTOR

17. Plaintiff incorporates Paragraphs 1 through 16.

18. Defendant failed to disclose in the telephone messages that it is a debt collector in violation of 15 U.S.C. §1692e(11). See *Foti v. NCO Fin. Sys*., 424 F. Supp. 2d 643, 646 (D.N.Y. 2006) and *Belin v. Litton Loan Servicing*, 2006 U.S. Dist. LEXIS 47953 (M. D. Fla. 2006) and Leyse v. Corporate Collection Servs., 2006 U.S. Dist. LEXIS 67719 (D.N.Y. 2006).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a. Damages;

    b. Attorney's fees, litigation expenses and costs of suit; and

    c. Such other or further relief as the Court deems proper.

## COUNT II
## FAILURE TO MAKE MEANINGFUL DISCLOSURE OF IDENTITY

19. Plaintiff incorporates Paragraphs 1 through 16.

20. Defendant placed telephone calls to Plaintiff without making meaningful disclosure of its identity when it failed to disclose its name and the purpose of Defendant's communication in the telephone messages in violation of 15 U.S.C §1692d(6). See *Valencia v The Affiliated Group, Inc*., Case No. 07-61381-Civ-Marra/Johnson, 2008 U. S. Dist. LEXIS 73008, (S.D.Fla., September

23, 2008); Wright v. Credit Bureau of Georgia, Inc., 548 F. Supp. 591, 593 (D. Ga. 1982); and Hosseinzadeh v. M.R.S. Assocs., 387 F. Supp. 2d 1104 (D. Cal. 2005).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a.    Damages;

    b.    Attorney's fees, litigation expenses and costs of suit; and

    c.    Such other or further relief as the Court deems proper.

## COUNT III
## VIOLATION OF THE TELEPHONE CONSUMER PROTECTION ACT

21.    Plaintiff incorporates Paragraphs 1 through 16.

22.    Defendant placed non-emergency telephone calls to Plaintiff's cellular telephone using an automatic telephone dialing system or pre-recorded or artificial voice in violation of 47 U.S.C § 227 (b)(1)(A)(iii).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a.    Damages;

    b.    a declaration that Defendant's calls violate the TCPA;

    c.    a permanent injunction prohibiting Defendant from placing non-emergency calls to the cellular telephone of Plaintiff using an automatic telephone dialing system or pre-recorded or artificial voice; and

  d. Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

>DONALD A. YARBROUGH, ESQ.
>Attorney for Plaintiff
>Post Office Box 11842
>Ft. Lauderdale, FL 33339
>Telephone: 954-537-2000
>Facsimile: 954-566-2235
>donyarbrough@mindspring.com
>
>By: s/ Donald A. Yarbrough
>  Donald A. Yarbrough, Esq.
>  Florida Bar No. 0158658